UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHERINE BAILEY,

    Plaintiff,

v.                                                         Case No. 6:18-cv-1518-Orl-37LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **ORDER**

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her application for disability benefits. (Doc. 1.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends the Court reverse the Commissioner's decision and remand for further proceedings. (Doc. 16 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 16) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     The Commissioner's final decision is **REVERSED AND REMANDED** for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Catherine Bailey and against Defendant Commissioner of Social Security and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 10, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record